## ALAIMO FAMILY CHIROPRATIC v. ALLSTATE INS. CO.

No. 75P03

Case below: 155 N.C. App. 194

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

## ATKINS v. KELLY SPRINGFIELD TIRE CO.

No. 10PA03

Case below: 154 N.C. App. 512

Motion by defendants for temporary stay allowed 14 January 2003 pending determination of defendants' petition for discretionary review.

## BOND v. STATE

No. 143A95-5

Case below: Bertie County Superior Court

Application filed by petitioner for writ of habeas corpus denied 14 February 2003. Application by petitioner for amended writ of habeas corpus denied 19 February 2003. Application by petitioner for writ of habeas corpus denied 4 March 2003.

## BRANCH v. HIGH ROCK REALTY, INC.

No. 404P02

Case below: 151 N.C. App. 244

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 January 2003.

## BUCKEYE FIRE EQUIP. CO. v. GIBBY

No. 591P02

Case below: 153 N.C. App. 523

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina court of Appeals denied 27 February 2003.